# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Janis L. Sammartino)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No.   21CR0191-JLS |
| Plaintiff, ) | |
| v. ) | ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING |
| VERONICA TORRES, ) | |
| Defendant. ) | New Hearing Date:  May 14, 2021 |
| ) | Time:                       10:30 p.m. |

GOOD CAUSE APPEARING, the Court grants the parties' Joint Motion to Continue the Motion Hearing/Trial Setting from April 9, 2021 to May 14, 2021 at 1:30 p.m.  Defendant shall file an acknowledgment of the new hearing date by April 23, 2021.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. §§ 3161(h)(1)(D) and (h)(7)(A).

IT IS SO ORDERED.

DATED:  April 6, 2021

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge