# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Janis L. Sammartino)

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> VERONICA TORRES, <br> Defendant. | Criminal No. 21-CR-191-JLS <br><br> ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING <br><br> New Hearing Date: June 18, 2021 <br> Time: 1:30 p.m. |

GOOD CAUSE APPEARING, the Court grants the parties' Joint Motion to Continue the Motion Hearing/Trial Setting May 14, 2021 to June 18, 2021 at 1:30 p.m. before the Honorable Janis L. Sammartino. Defendant shall file an acknowledgment of the new hearing date by May 21, 2021.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

DATED: May 7, 2021

Honorable Janis L. Sammartino
United States District Judge