# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Janis L. Sammartino)

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> VERONICA TORRES, <br> Defendant. | Criminal No.  21-CR-0191-JLS <br><br> ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING <br><br> New Hearing Date: July 30, 2021 <br> Time:  1:30 p.m. |

GOOD CAUSE APPEARING, the Court grants the parties' Joint Motion to Continue the Motion Hearing/Trial Setting. The Motion Hearing/Trial setting previously set for June 18, 2021 is continued to July 30, 2021 at 1:30 p.m. Defendant shall file an acknowledgment of the new hearing date by July 2, 2021.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), as well as under 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

DATED: June 11, 2021

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge