# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Janis L. Sammartino)

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> VERONICA TORRES, <br> Defendant. | Criminal No.   21-CR-191-JLS <br><br> ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING <br><br> New Motion Date: Oct. 1, 2021 <br> Time: 1:30 p.m. |

GOOD CAUSE APPEARING, the Court grants the parties' Joint Motion to Continue the Motion Hearing/Trial Setting from August 27, 2021 to October 1, 2021 at 1:30 p.m. before the Hon. Janis L. Sammartino.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

DATED: August 23, 2021

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge